

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2019

No. 04-19-00478-CR

Devante Montreal **PARKER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0348
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File the Brief is hereby GRANTED. Time is extended to October 25, 2019.

It is so **ORDERED** on October 15, 2019.

**PER CURIAM**

ATTESTED TO: _Luz Estrada_
Luz Estrada
Chief Deputy Clerk